BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ZAMBRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUAN CARLOS ZAMBRANO,<br><br>    Defendant. | No. CR 05-676 SI<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING BAIL<br>HEARING**<br><br>Date:  January 31, 2006<br>Time:  9:30 a.m.<br>Court:  The Honorable Joseph C. Spero |

<u>STIPULATION</u>

  The parties agree to continue the bail hearing in the above-captioned matter from January 31, 2006 until February 3, 2006 at 9:30 a.m. The purpose of the continuance is due to the request of Mr. Zambrano, who intends to waive a bail hearing and findings on the record at the February 3 appearance. Mr. Zambrano has an ICE detainer and a state hold, as he is currently serving a state sentence at San Quentin. Due to the fact that Mr. Zambrano will not be released from custody during the pendency of this case, the short continuance will not prejudice him.

  Assistant United States Attorney Joseph A. Fazioli has no objection to the request for a continuance. Pursuant to 18 U.S.C. § 3142(f), the parties jointly request this Court to find that good cause exists for extending the five-day period of time permitted by law for a bail hearing due to the fact that defendant Zambrano has an ICE detainer and a state hold against his person and

will not ultimately seek release from custody on this case.

IT IS SO STIPULATED

DATED: 1/30/2006  　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　ELIZABETH M. FALK
　　　　　　　　　　　　　　　　　Assistant Federal Public Defender

DATED: 1/30/2006  　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　JOSEPH A. FAZIOLI
　　　　　　　　　　　　　　　　　Assistant United States Attorney

I hereby attest that I have on file al holograph signatures for any signatures indicated by a "Conformed" signature (/S/) within this e-filed document.

[PROPOSED] ORDER

Based upon the aforementioned representations of the parties, and for good cause shown as required under 18 U.S.C. § 3142(f), it is hereby ORDERED that the bail hearing in this matter be continued from January 31, 2006 to February 3, 2006 at 9:30 a.m.

DATED: January 30, 2006
　　　　　　　　　　　　　　　　　THE HONORABLE JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE COURT JUDGE