BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ZAMBRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-0676 SI |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED |
| ) | ORDER CONTINUING TRIAL DATE |
| v. ) | |
| ) | |
| JUAN CARLOS ZAMBRANO, ) | Date: May 30, 2005 |
| ) | Time: 8:30 a.m. |
| Defendant. ) | Court: Honorable Susan Illston |
| ) | |

The undersigned parties stipulate as follows:

1. Trial on this matter has been previously scheduled for May 30, 2006, at 8:30 a.m., with a pretrial conference of May 16, 2006, at 3:00 p.m.;

2. Defense counsel requests a continuance of the trial date, due to the fact that defense counsel needs to obtain records from the Social Security Office regarding Mr. Zambrano's father, to assess the viability of a derivative citizenship defense;

3. The government has no objection to the continuance;

4. The parties jointly propose the following dates for the Court's consideration;

STIPULATION CONTINUING TRIAL
No. CR-05-0676 SI

1

1     **Pretrial Conference:** June 27, 2006, at 3:00 p.m.;

2     **Trial:** July 10, 2006, at 8:30 a.m.

3   6.   The parties jointly request an exclusion of time on the basis of effective preparation of counsel. Defense counsel hereby states that she needs more time to effectively prepare her client's only viable defense at trial; that she cannot adequately prepare the defense without the subpoenaed documents; that an exclusion of time is in her client's best interest, and that the ends of justice served by excluding the time between May 5, 2006 and June 20, 2006 outweigh her client's interest in a speedy trial.

**IT IS SO STIPULATED**

DATED: May 5, 2006              /S/
                                  ELIZABETH M. FALK
                                  Assistant Federal Public Defender

DATED: May 5, 2006              /S/
                                  JOSEPH A. FAZIOLI
                                  Assistant United States Attorney

GOOD CAUSE SHOWN, it is hereby ORDERED that the trial in the aforementioned matter shall be continued to July 24, 2006 and that the Pretrial Conference shall be continued to July 18, 2006 @ 3:30 p.m. It is further ORDERED that the Pretrial Conference date of May 16, 2006, as well as the trial date of May 30, 2006, is hereby vacated.

DATED: 5/11/06                                   /s/ Susan Illston
                                                     THE HONORABLE SUSAN ILLSTON
                                                     UNITED STATES DISTRICT JUDGE