BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ZAMBRANO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-0676 SI |
| Plaintiff, | STIPULATION AND PROPOSED ORDER CONTINUING TRIAL DATE |
| v. | |
| JUAN CARLOS ZAMBRANO, | Date: May 30, 2005 |
| | Time: 8:30 a.m. |
| Defendant. | Court: Honorable Susan Illston |

The undersigned parties stipulate as follows:

1. Trial on this matter has been previously scheduled for May 30, 2006, at 8:30 a.m., with a pretrial conference of May 16, 2006, at 3:00 p.m.;

2. Defense counsel requests a continuance of the trial date, due to the fact that defense counsel needs to obtain records from the Social Security Office regarding Mr. Zambrano's father, to assess the viability of a derivative citizenship defense;

3. The government has no objection to the continuance;

4. The parties jointly propose the following dates for the Court's consideration;

STIPULATION CONTINUING TRIAL
No. CR-05-0676 SI

1

1         **Pretrial Conference:** June 27, 2006, at 3:00 p.m.;

2         **Trial:** July 10, 2006, at 8:30 a.m.

3   6.  The parties jointly request an exclusion of time on the basis of effective preparation of

4       counsel. Defense counsel hereby states that she needs more time to effectively prepare

5       her client's only viable defense at trial; that she cannot adequately prepare the defense

6       without the subpoenaed documents; that an exclusion of time is in her client's best

7       interest, and that the ends of justice served by excluding the time between May 5, 2006

8       and ~~June 20,~~ _July 24_ 2006 outweigh her client's interest in a speedy trial.

10   **IT IS SO STIPULATED**

12 DATED: May 5, 2006          _____/S/_____
13                                  ELIZABETH M. FALK
                                 Assistant Federal Public Defender

15 DATED: May 5, 2006          _____/S/_____
16                                  JOSEPH A. FAZIOLI
                                 Assistant United States Attorney

18   GOOD CAUSE SHOWN, it is hereby ORDERED that the trial in the aforementioned matter

19 shall be continued to _July 24, 2006_ and that the Pretrial Conference

20 shall be continued to _July 18, 2006 @ 3:30 p.m._. It is further ORDERED that the

Pretrial Conference date of May 16, 2006, as well as the trial date of May 30, 2006, is hereby

22 vacated.

23       _5/11/06_
DATED:_____       _/s/ Susan Illston_
24                                  THE HONORABLE SUSAN ILLSTON
                                 UNITED STATES DISTRICT JUDGE

STIPULATION CONTINUING TRIAL
No. CR-05-0676 SI